PROB 12B
(7/93)

## United States District Court

### for

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Glen Thompson

Cr.: 10-00521-001
PACTS Number: 44238

Name of Sentencing Judicial Officer: Richard J. Arcara, USDJ, Western District of New York

Date of Original Sentence: 08/06/2008

Date of Transfer of Jurisdiction: 07/21/2010

Name of Assigned Judicial Officer: Honorable William H. Walls, Sr. USDJ

Original Offense: Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

Original Sentence: 41 months imprisonment, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/10/10

## PETITIONING THE COURT

[  ]   To extend the term of supervision for          Years, for a total term of          Years.

[X]   To modify the conditions of supervision as follows. The addition of the following special
condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure
compliance. It is further ordered that the defendant submit to evaluation and treatment as
directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and
remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

## CAUSE

On January 17, 2011, the offender provided a urine sample which tested positive for the use of
cocaine. Upon being confronted regarding this positive urine test, the offender admitted that he
had used cocaine with a female friend, at his home, after having a few drinks. Since the offender
has a lengthy history of substance abuse and has attended substance abuse treatment, probation
has discussed with Thompson how he should avoid drinking alcohol. Thompson has also
indicated that he is aware of the correlation between alcohol use and relapse. To this effect,
Thompson has agreed that he should not drink alcohol while on supervision and signed the
attached Form 49. Additionally, the offender has been referred for a substance abuse evaluation
and was instructed to attend three Narcotics Anonymous (NA) meetings a week. As a sanction

he was instructed to write a 500 word essay on how drugs have effected his life.

Respectfully submitted,

By: Kevin P. Egli
    U.S. Probation Officer
Date:  01/19/11

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

February 14, 2011
Date

PROB 49
(3/89)

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Witness: _____       Signed: _____
U.S. Probation Officer                               Probationer or Supervised Releasee
Kevin P. Egli                                              Glen Thompson

_____
January 19, 2011