PROB 12C
(7/93)

## United States District Court

for

### District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Glenn Thompson  **Docket Number:** 10-00521-001
 **PACTS Number:** 44238

**Name of Sentencing Judicial Officer:** Honorable Richard J. Arcara, USDJ, Western District of New York

**Name of Assigned Judicial Officer:** Honorable William H. Walls, Sr. USDJ

**Date of Sentence:** 08/06/2008

**Original Offense:** Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

**Original Sentence:** 41 months imprisonment; 3 years supervised release; $100 special assessment.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 09/03/10

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender, To Be Assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'The defendant refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office. The offender failed to attended and complete Bergen Regional's outpatient substance abuse program. The Probation Office has determined this conduct constitutes a **Grade C violation.** |
| 2 | The offender has violated the supervision condition which states 'The defendant refrain from the illegal possession and/or use of drugs and shall submit to |

urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

Thompson failed to attended and complete Addictions Recovery Program's (ARP) outpatient substance abuse program.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

3   The offender has violated the supervision condition which states '**The defendant refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**

The offender tested positive for the use of cocaine on January 17, 2011, January 19, 2011, January 24, 2011, April 26, 2011, and June 9, 2011.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

4   The offender has violated the supervision condition which states '**The defendant refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**

Thompson failed to report for scheduled drug testing on December 9, 2010, January 12, 2011, February 1, 2011, April 4, 2011, April 13, 2011, May 9, 2011, May 13, 2011, May 27, 2011, and June 8, 2011 (a total of nine missed drug tests).

The Probation Office has determined this conduct constitutes a **Grade C violation.**

5   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Thompson has failed to submit monthly supervision reports since November 2010.

PROB 12C - Page 3
Glenn Thompson

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 06/28/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 26/JUL/11
[ ] No Action
[ ] Other

Signature of Judicial Officer

30 June 2011
Date